1152

COM.

v.

LUCE, S.

988 WDA 2016

Superior Court of Pennsylvania.

04/10/2017

CP–20–CR–0000334–2001 (Crawford)

Quashed

R.E.P.

v.

J.H.

1318 WDA 2016

Superior Court of Pennsylvania.

4/10/2017

FD16–007048–008
(Allegheny)

Affirmed

COM.

v.

JOHNSON, R.

2893 EDA 2015

Superior Court of Pennsylvania.

04/11/2017

CP–51–CR–0007947–2010
(Philadelphia)

Affirmed

COM.

v.

PAULLMAN, L.

464 EDA 2016

Superior Court of Pennsylvania.

04/11/2017

CP–51–CR–0001024–2012 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

